No. 02–10706. DAVIS, AKA SWANSON *v.* UNITED STATES, *ante,* p. 937;

No. 02–10717. ZHENGXING *v.* TOMLINSON, CHAIRMAN, UNITED STATES BROADCASTING BOARD OF GOVERNORS, *ante,* p. 965;

No. 02–10733. BROWN *v.* UNITED STATES, *ante,* p. 950;

No. 02–10741. DIAZ-CLARK, AKA LNU *v.* UNITED STATES, *ante,* p. 951;

No. 02–10802. WEEKS *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 967;

No. 02–10821. WHITTENBURG *v.* UNITED STATES, *ante,* p. 952; and

No. 02–10852. O'LESKA *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY, *ante,* p. 967. Petitions for rehearing denied.

No. 01–8709. ANUNKA *v.* CAMPBELL ET AL., 535 U. S. 1039. Motion for leave to file petition for rehearing denied.

SEPTEMBER 3, 2003

No. 03A185. HIRSH ET AL. *v.* FLORIDA. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 5, 2003

No. 02–431. LIEBEL ET AL. *v.* VISITING NURSE ASSN. ET AL., 537 U. S. 1029;

No. 02–1400. MANNING *v.* NEW YORK UNIVERSITY, 538 U. S. 1035;

No. 02–7489. ROSALES *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 960;

No. 02–8282. LUKER *v.* RODERICK, 537 U. S. 1215;

No. 02–8856. KADYEBO *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., 538 U. S. 963;

No. 02–9897. IN RE BREWER, *ante,* p. 902;

No. 02–9934. DEWITT *v.* WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, *ante,* p. 961;

No. 02–10148. IN RE DOCKERAY, *ante*, p. 925;

No. 02–10166. DE URIOSTE *v.* FINN, WARDEN, ET AL., *ante*, p. 919;

No. 02–10177. PIERRE *v.* FLORIDA, *ante*, p. 945;

No. 02–10211. GOMEZ *v.* VIRGINIA, *ante*, p. 945;

No. 02–10271. J. B. C. *v.* P. A. B., *ante*, p. 947;

No. 02–10422. BULLARD *v.* HEAD, WARDEN, *ante*, p. 963;

No. 02–10427. MOORE *v.* FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, *ante*, p. 963;

No. 02–10464. BANKS *v.* UNITED STATES, *ante*, p. 909; and

No. 02–10603. WOMACK *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 965. Petitions for rehearing denied.

No. 02–733. GERLING GLOBAL REINSURANCE CORPORATION OF AMERICA ET AL. *v.* GARAMENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA, *ante*, p. 955. Motion for leave to file petition for rehearing denied.

SEPTEMBER 10, 2003

No. 03–41. MARYVILLE ACADEMY ET AL. *v.* WALLACE, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF WALLACE, DECEASED. Sup. Ct. Ill. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 11, 2003

No. 03–6283 (03A222). HUNT *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 03–6302 (03A224). HUNT *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.